■ ROBERT J. McKAY et al., Appellants, v STUART LONGMAN, Defendant, and TRUSTCO BANK NEW YORK, as Successors by Merger to Home & City Savings Bank, Respondent. (Action No. 1.) TRUSTCO BANK NEW YORK, as Successors by Merger to Home & City Savings Bank, Respondent, v WHITFIELD DEVELOPMENT CORPORATION, Appellant, et al., Defendants. (Action No. 2.) [609 NYS2d 871] —Appeal from an order of the Supreme Court (Harris, J.), entered March 8, 1993 in Albany County, which, *inter alia,* granted defendant Trustco Bank New York's motion for summary judgment dismissing the complaint against it in action No. 1.

Order affirmed, upon the opinion of Justice Joseph Harris.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, with one bill of costs.